# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LINDA COLLINS <br> *Plaintiff* <br> v. <br> COMMISSIONER OF SOCIAL SECURITY <br> *Defendant* | Civil Action No. 1:16-CV-3151-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 13, is GRANTED IN PART (Court denies Plaintiff's request for an immediate award of benefits);
Defendant's Motion for Summary Judgment, ECF No. 14, is DENIED;
Case is remanded for de novo hearing before Social Security Administration; and
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for summary judgment

Date: September 28, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas